IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 AUG 22 PM 4:09
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR 187 |
| vs. | INDICTMENT |
| NICHOLAS MURPHY, | 18 U.S.C. § 2423(a) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about the 13th day of October 2021, in the District of Nebraska and elsewhere, the defendant, NICHOLAS MURPHY, did knowingly travel and transport in interstate commerce from Omaha, Nebraska to Tucson, Arizona, a female who had not attained the age of 18 years, for the purpose of engaging in a sexual activity with the female, for which the defendant, NICHOLAS MURPHY, can be charged with a criminal offense, that is, Sexual Conduct with a Minor, in violation of Arizona Revised Statute § 13-1405.

In violation of Title 18, United States Code Section 2423(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

1

_Lecia E. Wright_
LECIA E. WRIGHT, NE # 24562
Assistant U.S. Attorney