IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>NICHOLAS MURPHY,<br><br>                    Defendant. | 8:23CR187<br><br>NOTICE OF COMPLIANCE OF<br>LOCAL CRIMINAL RULE 16.1(a) |

Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case.

DATED this 27th day of September, 2023.

                                            Respectfully submitted;

                                            SUSAN T. LEHR
                                            Acting United States Attorney
                                            District of Nebraska

                    By:    *s/ Lecia E. Wright*
                            LECIA E. WRIGHT, #24562
                            Assistant U.S. Attorney
                            1620 Dodge Street, Suite 1400
                            Omaha, NE   68102-1506
                            Tel:   (402) 661-3700
                            Fax:   (402) 661-3084
                            E-mail:   Lecia.Wright@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Stuart Dornan, Attorney at Law**.

                                          s/ Lecia Wright
                                          Assistant U.S. Attorney