IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:23CR-187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO EXTEND TIME** |
| | ) | **TO FILE PRETRIAL MOTIONS** |
| NICHOLAS MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Nicholas Murphy, by and through his attorney of record, Stuart J. Dornan, and hereby moves this Court for an Order for extension of time in which to file pretrial motions on behalf of said Defendant. In support of said Motion, the Defendant states as follows:

1. Defense counsel needs additional time to review discovery with his client; and research issues pertinent to the case.

2. The Defendant understands that he has a right to a speedy trial both under the Sixth Amendment to the United States Constitution and under 18 U.S.C. §3161 *et seq*. and that this motion will, if granted pursuant to this request, extend the time during which this case may be called for trial, and that the time between filing this motion and the time that is decided by the court may be excluded for the purpose of speedy trial calculations pursuant to the provisions of the Sixth Amendment of the United States Constitution and 18 U.S.C. §3161 *et seq*.

3. Defense counsel has reached out to Assistant United States Attorney Lecia Wright, and she has no objection to an extension of the Pretrial Motion Deadline.

4. Defendant has been advised of the extension request and has no objection to the same.

5. The pretrial motions deadline is October 10, 2023, and counsel requests a sixty (60) day

extension, proposing a December 8, 2023 deadline by which to file pretrial motions.

WHEREFORE, Defendant prays that this Court enter an Order extending the time to file pretrial motions until December 8, 2023; and for any such further relief that the Court deems just and equitable.

NICHOLAS MURPHY, Defendant,

By: *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Troia, Howard, Breitkreutz
Dahlquist & Klein, PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Lecia Wright, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant