**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No.: 8:23CR187** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| **NICHOLAS MURPHY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW, Mallory N. Hughes, of Berry Law Firm and enters her appearance as co-counsel, along with Stuart Dornan of Dornan Law Team, on behalf of the Defendant, Nicholas Murphy.

Respectfully submitted,
Nicholas Murphy, Defendant

By:    */s/ Mallory N. Hughes*
MALLORY N. HUGHES, #24612
Berry Law Firm
1414 Harney Street, Ste. 400
Omaha, NE  68102
(402) 466-8444 (Phone)
Mallory.Hughes@berrylawfirm.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Assistant U.S. Attorney Lecia Wright, by electronically serving a copy of the same via CM/ECF, on October 30, 2023.

*/s/ Mallory N. Hughes*
MALLORY N. HUGHES, #24612