IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>NICHOLAS MURPHY,<br><br>          Defendant. | 8:23CR187<br><br>MOTION TO SEAL MOTION IN LIMINE AND BRIEF IN SUPPORT OF MOTION IN LIMINE |

COMES NOW the Plaintiff, the United States of America, pursuant to NECrimR 12.4, and requests that it be allowed to file under seal its Motion in Limine and Brief in Support of Motion in Limine which should not be made available to the public because it contains the name and information of a child and must be sealed under Title 18, U.S.C. § 3509(d)(2).

WHEREFORE, the Plaintiff, the United States of America, respectfully requests this Court to grant its Motion to Seal.

          Respectfully submitted,

          UNITED STATES OF AMERICA,
          Plaintiff

          SUSAN T. LEHR
          Acting United States Attorney
          District of Nebraska

By:   *s/ Lecia E. Wright*
      LECIA E. WRIGHT, NE #24562
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel:  (402) 661-3700
      Fax:  (402) 661-3084
      E-mail:  Lecia.Wright@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:
Stuart J. Dornan, Attorney at Law, and Mallory Hughes, Attorney at Law.

*s/ Lecia Wright*
LECIA E. WRIGHT
Assistant U.S. Attorney