IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS MURPHY,<br><br>Defendant. | CASE NO. 8:23CR187<br><br>**MOTION FOR PERMISSION TO RESTRICT** |

COMES NOW, Defendant, Nicholas Murphy, by and through legal counsel, Mallory N. Hughes, and requests permission from this Honorable Court to restrict Defendant's Brief in Opposition to Plaintiff's Motion in Limine, on account of the sensitive nature of the information set forth therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

Dated this November 28, 2023.

> Respectfully submitted,
> Nicholas Murphy, Defendant
>
> */s/ Mallory N. Hughes*
> Mallory N. Hughes, #24612
> BERRY LAW FIRM
> 1414 Harney Street, Suite 400
> Omaha, NE  68102
> (402) 466-8444
> Mallory.Hughes@berrylawfirm.com
> Counsel for Defendant

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon Assistant U.S. Attorney Lecia Wright, by electronically serving a copy of the same via CM/ECF, on November 28, 2023.

                                         */s/ Mallory N. Hughes*
                                         MALLORY N. HUGHES, #24612