**Query**  **Reports**  **Utilities**  **Help**  **What's New**  Log Out

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
### CRIMINAL DOCKET FOR CASE #: 2:23-mj-09553-ESW-1

| | |
|---|---|
| Case title: USA v. Murphy | Date Filed: 11/29/2023 |
| Other court case number: 8-23-CR-00187 District of Nebraska | Date Terminated: 12/06/2023 |

Assigned to: Magistrate Judge Eileen S Willett

**Defendant (1)**

| | | |
|---|---|---|
| **Nicholas Murphy**<br>78654-510<br>*TERMINATED: 12/06/2023* | represented by | **Ana Laura Botello**<br>Federal Public Defenders Office - Phoenix<br>850 W Adams St., Ste. 201<br>Phoenix, AZ 85007<br>602-382-2700<br>Fax: 602-382-2800<br>Email: ana_botello@fd.org<br>*TERMINATED: 12/05/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Thomas Connelly**<br>Law Offices of Thomas M Connelly<br>6720 N Scottsdale Rd., Ste. 305<br>Scottsdale, AZ 85253<br>602-957-1993<br>Email: Tconnelly2425@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas Joseph Marlowe**<br>Law Offices of Thomas J Marlowe<br>6720 N Scottsdale Rd., Ste. 305<br>Scottsdale, AZ 85253<br>602-957-1993<br>Fax: 602-957-2137<br>Email: Tmarlowe2425@outlook.com<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Petition to Revoke Pretrial Release | |

**Plaintiff**

| USA | | represented by | **Addison B Santome**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>480-371-7819<br>Email: addison.santome@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2023 | 1 | Arrest (Rule 5 Out of the District of Nebraska, Omaha Division) of Nicholas Murphy. (AO) (Entered: 11/29/2023) |
| 11/29/2023 | 2 | **MINUTE ENTRY** for proceedings held before Magistrate Judge Eileen S. Willett: Initial Appearance in Rule 5 Proceedings as to Nicholas Murphy held on 11/29/2023. DEFENDANT SWORN AS TO FINANCIAL STATUS. The Court finds the defendant indigent and appoints AFPD Ana Botello as counsel of record for proceedings held in the District of Arizona only. Defendant waives a formal reading of the charging document and waives the Identity Hearing. The Court finds that identity has been established. The Government is seeking detention. Upon request of defense counsel, IT IS ORDERED setting a Detention Hearing. Defendant remains temporarily detained pending further proceedings in this district.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Addison Santome for the Government, AFPD Ana Botello for defendant. Defendant is present and in custody. Detention Hearing set for **12/5/2023 at 11:30 AM** in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michael T. Morrissey. (Recorded by COURTSMART.) Hearing held 3:54 PM to 3:58 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 11/29/2023) |
| 11/29/2023 | 3 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Eileen S. Willett on 11/29/2023. (MRH) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 11/30/2023) |
| 12/04/2023 | 4 | NOTICE OF ATTORNEY APPEARANCE: Thomas Joseph Marlowe appearing for Nicholas Murphy . (Marlowe, Thomas) (Entered: 12/04/2023) |
| 12/04/2023 | 5 | NOTICE OF ATTORNEY APPEARANCE: Thomas Connelly appearing for Nicholas Murphy . (Connelly, Thomas) (Entered: 12/04/2023) |
| 12/05/2023 | 6 | **MINUTE ENTRY** for proceedings held before Magistrate Judge Michael T Morrissey: Detention Hearing as to Nicholas Murphy held on 12/5/2023. The Government is seeking detention. The parties proceed by proffer. As stated on the record, the Court does not find Defendant has violated the terms and conditions of his pretrial release. Defendant ordered released on previously imposed conditions of pretrial release. Pursuant to request by the Government, IT IS ORDERED modifying Defendant's release to include the condition that Defendant cannot use a computer for any purpose without monitoring software installed and operational. Order to Appear to issue.<br><br>**Appearances**: AUSA Addison Santome for the Government, retained attorneys Thomas Marlow and Thomas Connelly for Defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 11:48 AM to 12:37 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) (Entered: 12/05/2023) |
| 12/05/2023 | 7 | RELEASE ORDER as to Nicholas Murphy. Signed by Magistrate Courtroom Clerk on 12/5/2023.(KGM) (Entered: 12/05/2023) |
| 12/06/2023 | 8 | ORDER TO APPEAR in District of Nebraska as to Nicholas Murphy. Signed by Magistrate Judge Michael T Morrissey on 12/6/2023.(KGM) (Entered: 12/06/2023) |
| 12/06/2023 | 9 | Notice to District of Nebraska of a Rule 5 or Rule 32 Initial Appearance as to Nicholas Murphy. Your case number is: 8:23-CR-00187. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (KGM) (Entered: 12/06/2023) |