PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

DOA
11-28-23

23 - 9553 MJ

U.S.A. vs. Nicholas Murphy                    Docket No. 8:23CR00187

Petition for Action on Conditions of Pretrial Release

COMES NOW Caitlin A Gates, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nicholas Murphy, who was placed under pretrial release supervision by the Honorable Susan M. Bazis sitting in the Court at Omaha, on September 20, 2023, under the following conditions:

Respectfully presenting petition for action of Court and for cause as follows:

- (bb) Have no contact with persons under the age of eighteen except your children, B.M, B.M, R.M., and J.M. All contact with his children must be supervised. The defendant must report as soon as possible to the supervising officer any contacts with persons under the age of eighteen.
- (ff) Submit to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant must pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.
- (iii) Computer With Internet Access. You are permitted to use a computer and/or a cell phone connected device(s) and are permitted to access the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services ⊠ for employment purposes only. You may use a computer or connected device at ⊠ your home.

**Respectfully presenting petition for action of Court and for cause as follows:**

On November 27, 2023, pretrial services in the District of Nebraska was notified that the defendant accessed the internet without computer monitoring software and without prior approval from pretrial services on November 6, 2023 and November 7, 2023. Additionally, the defendant had numerous instances of unsupervised telephonic contact with persons under the age of 18 between November 1, 2023, and November 21, 2023.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST SO THAT SHE MAY BE BROUGHT BEFORE THE COURT TO ANSWER TO THE ABOVE ALLEGATION.**

ORDER OF COURT

Considered and ordered on __11-27-23__
and ordered filed and made a part of the records
in the above case.

U.S. Magistrate Judge Susan M. Bazis

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on: November 27, 2023

Caitlin N. Gates
U.S. Probation and Pretrial Services Officer

Reviewed and Approved by:

Mike S. Sliva, Supervising
U.S. Probation and Pretrial Services Officer

# United States District Court
## for the
### District of Nebraska

U.S.A. vs Nicholas Murphy

Docket No.  8:23CR00187

TO:  [1]Any Law Enforcement Officer

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Nicholas Murphy | SEX<br>Male | RACE<br>White | AGE<br>44 |
| ADDRESS(STREET, CITY, STATE)<br>7600 Tailfeather Drive Scottsdale, Arizona 85255 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>U.S. District Court; District of Nebraska - Omaha | | | |
| CLERK<br>Denise M. Lucks | (BY) DEPUTY CLERK | | DATE<br>11/27/2023 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Nebraska;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."