LAW OFFICES OF THOMAS J. MARLOWE
Thomas J. Marlowe (Az. Bar No. 016640)
6720 N. Scottsdale Road, Ste. 305
Scottsdale, AZ 85253
(602) 957-1993
Tmarlowe2425@outlook.com
Attorney for Defendant Nicholas Murphy

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO:  2:23-mj-09553-ESW-1 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| Nicholas Murphy, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Attorney, Thomas J. Marlowe, hereby enters his appearance in this matter on

behalf of Defendant, Nicholas Murphy.

Respectfully submitted this 4th day of December, 2023.

LAW OFFICES OF THOMAS J. MARLOWE

*/s/ Thomas J. Marlowe*
Thomas J. Marlowe

Certificate of Service

I, Thomas J. Marlowe, hereby certify that on December 4, 2023, I electronically

transmitted the foregoing document with the Clerk's Office using the ECF system for

filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in

this case and e-mailed a copy of this document to Assistant United States Attorney,

Addison B. Santome.

By: */s/ Thomas J. Marlowe*