Thomas Connelly, PLC
Thomas Connelly (Az. Bar No. 012987)
6720 N. Scottsdale Road, Ste. 305
Scottsdale, AZ 85253
(602) 957-1993
Tconnelly2425@aol.com
Attorney for Defendant Nicholas Murphy

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO: 2:23-mj-09553-ESW-1 |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| Nicholas Murphy, | |
| Defendant. | |

    Attorney, Thomas Connelly, hereby enters his appearance in this matter on behalf of Defendant, Nicholas Murphy.

Respectfully submitted this 4th day of December, 2023.

                                     THOMAS CONNELLY, PLC

                                     */s/ Thomas Connelly*
                                     Thomas Connelly

## Certificate of Service

    I, Thomas Connelly, hereby certify that on December 4, 2023, I electronically transmitted the foregoing document with the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s) in this case and e-mailed a copy of this document to Assistant United States Attorney, Addison B. Santome.

By: */s/ Thomas Connelly*