# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

TO: UNITED STATES MARSHAL        DATE: 12/5/2023

RE: CASE # 23-9553MJ

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant Nicholas Murphy
USMS # 78654-510

FROM FEDERAL CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

__ Time Served

__ Probation

__ Dismissal

_X_ Other

ADDITIONAL INSTRUCTIONS:
Defendant released on previously imposed conditions of pretrial release. Defendant to appear in charging district (Order to Appear to issue).

DEBRA D. LUCAS, CLERK OF COURT/DCE

By: _Kenneth Miller_
Kenneth G. Miller
Magistrate Judge Courtroom Clerk