IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:23CR-187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION** |
| | ) | **TO RESTRICT** |
| NICHOLAS MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Nicholas Murphy, by and through undersigned counsel, and requests permission from the Court to restrict Defendant's Response to Petition for Action on Conditions of Pretrial Release and Motion to Modify Conditions of Release, Exhibit List and Exhibits based on the information contained therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

          NICHOLAS MURPHY, Defendant,

By:    *s/Stuart J. Dornan*
       STUART J. DORNAN, #18553
       Attorney for Defendant
       Dornan, Troia, Howard, Breitkreutz
       Dahlquist & Klein, PC LLO
       1403 Farnam Street, Suite 232
       Omaha, Nebraska 68102
       (402) 884-7044 (phone)
       (402) 884-7045 (fax)
       stu@dltlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2023, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Lecia Wright, Assistant United States Attorney

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

Caitlin Gates, Pretrial Services Officer in Nebraska
Alex Wamboldt, Pretrial Services Officer in Arizona

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant