IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

　　　　　　　　　Plaintiff,

　　　vs.

NICHOLAS MURPHY,

　　　　　　　　　Defendant.

EXHIBIT LIST

| Case No. | 8:23CR187 |
|---|---|
| Deputy: | Kristy Furey |
| Reporter: | Digital Recorder |
| Date: | December 28, 2023 |

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Remote Internet and Computer Monitoring Agreement | X | | X | | 12/28/2023 |
| | 101 | | Letter from Jennifer Coonrod | X | | X | | 12/28/2023 |
| | 102 | | Affidavit of Mindy Murphy | X | | X | | 12/28/2023 |
| | 103 | | Affidavit of David Murphy | X | | X | | 12/28/2023 |
| | 104 | | Work Order and documentations from Best Buy "Geek Squad" | X | | X | | 12/28/2023 |
| | 105 | | Email from Defendant to Alex Wamboldt | X | | X | | 12/28/2023 |
| | 106 | | Transcript of Detention Hearing held on December 5, 2023 in the District of Arizona | X | | X | | 12/28/2023 |
| | 107 | | Email from Nicholas Murphy to Alex Wamboldt dated September 22, 2023 | X | | X | | 12/28/2023 |

**OBJECTIONS**
　R: Relevancy
　H: Hearsay
　A: Authenticity
　O: Other (specify)