IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NICHOLAS MURPHY,<br><br>　　　　　　Defendant. | WITNESS LIST<br><br>Case No.　8:23CR187<br>Deputy:　　Kristy Furey<br>Reporter:　Digital Recorder<br>Date:　　　December 28, 2023 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Caitlin Gates | 12/28/2023 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| David William Murphy | 12/28/2023 |
|  |  |