IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                          Plaintiff,

          vs.

NICHOLAS MURPHY,

                          Defendant.

8:23CR187

MOTION TO SEAL **AMENDED** MOTION IN LIMINE AND **AMENDED** BRIEF IN SUPPORT OF MOTION IN LIMINE

COMES NOW the Plaintiff, the United States of America, pursuant to NECrimR 12.4, and requests that it be allowed to file under seal its Amended Motion in Limine and Amended Brief in Support of Motion in Limine which should not be made available to the public because it contains the name and information of a child and must be sealed under Title 18, U.S.C. § 3509(d)(2).

WHEREFORE, the Plaintiff, the United States of America, respectfully requests this Court to grant its Motion to Seal.

Respectfully submitted,

UNITED STATES OF AMERICA,
Plaintiff

SUSAN T. LEHR
United States Attorney
District of Nebraska

By:     s/ Lecia E. Wright
        LECIA E. WRIGHT, NE #24562
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3084
  E-mail:  Lecia.Wright@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also hereby certify that a copy of the same was served via e-mail, to the following:  **Stuart J. Dornan**, at <u>stu@dltlawyers.com</u>; and **Mallory Hughes**, at <u>mallory.hughes@berrylaw.com</u>.

                                   *s/ Lecia Wright*
                                   Assistant U.S. Attorney