IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:23CR187 |
| Plaintiff, | |
| vs. | |
| NICHOLAS MURPHY, | MOTION TO SEAL EXHIBIT LIST REGARDING SEALED MOTION IN LIMINE HEARING |
| Defendant. | |

COMES NOW the Plaintiff, the United States of America, pursuant to NECrimR 12.4, and requests that it be allowed to file under seal its Exhibit List regarding Sealed Motion in Limine Hearing which should not be made available to the public because it contains the name and information of a minor witnesses and must be sealed under Title 18, U.S.C. § 3509(d)(2).

WHEREFORE, the Plaintiff, the United States of America, respectfully requests this Court to grant its Motion to Seal.

    Respectfully submitted,

    UNITED STATES OF AMERICA,
    Plaintiff

    SUSAN T. LEHR
    United States Attorney
    District of Nebraska

By:   *s/ Lecia E. Wright*
    LECIA E. WRIGHT, NE #24562
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE  68102-1506
    Tel:  (402) 661-3700
    Fax:  (402) 661-3084
    E-mail:  Lecia.Wright@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Stuart J. Dornan, Attorney at Law, and Mallory Hughes, Attorney at Law.

      *s/ Lecia Wright*
      LECIA E. WRIGHT
      Assistant U.S. Attorney