IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:23CR-187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| NICHOLAS MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Keith W. Dornan and hereby enters his appearance as retained co-counsel with Stuart J. Dornan and Mallory Hughes, on behalf of the Defendant, Nicholas Murphy.

NICHOLAS MURPHY, Defendant,

By:  *s/Keith W. Dornan*
KEITH W. DORNAN, #27570
Attorney for Defendant
Dornan, Troia, Howard, Breitkreutz,
Dahlquist & Klein PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
keith@dltlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2024, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Lecia E. Wright, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

*s/Keith W. Dornan*
KEITH W. DORNAN, #27570
Attorney for Defendant