IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 MAY 14  AM 11:41
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR187 |
| vs. | INFORMATION |
| NICHOLAS MURPHY, | 18 U.S.C. § 2422(a) |
| Defendant. | |

The United States Attorney charges:

### COUNT I

Beginning no later than May 2021, continuing to October 2021, in the District of Nebraska and elsewhere, the defendant, NICHOLAS MURPHY, knowingly persuaded, induced, enticed, and coerced Minor Victim 1 to travel in interstate commerce from the State of Nebraska to the State of Arizona, to engage in a sexual act for which Murphy could have been charged with a criminal offense.

UNITED STATES OF AMERICA,
Plaintiff

SUSAN T. LEHR
United States Attorney
District of Nebraska

By: *Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax: (402) 661-3084
E-mail:  Lecia.Wright@usdoj.gov

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
LECIA E. WRIGHT, NE # 24562
Assistant U.S. Attorney