AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 MAY 14 AM 11:41
OFFICE OF THE CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:23CR187 |
| NICHOLAS MURPHY | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5-14-24

_Defendant's signature_

_Signature of defendant's attorney_

Stuart J. Dornan
_Printed name of defendant's attorney_

_Judge's signature_

Michael D. Nelson, US Magistrate Judge
_Judge's printed name and title_