IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:23CR-187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR** |
| | ) | **PERMISSION TO SEAL** |
| NICHOLAS MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Nicholas Murphy, by and through undersigned counsel, and requests permission from the Court to seal Defendant's Sentencing Statement of Position Regarding PSIR, Motion for Downward Departure and/or Variance, Brief in Support of Motion for Downward Departure and/or Variance, Sentencing Exhibit List, and Sentencing Exhibits based on the information contained therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

                      NICHOLAS MURPHY, Defendant,

By:   *s/Stuart J. Dornan*
        STUART J. DORNAN, #18553
        Attorney for Defendant
        Dornan, Troia, Howard, Breitkreutz
        Dahlquist & Klein, PC LLO
        1403 Farnam Street, Suite 232
        Omaha, Nebraska 68102
        (402) 884-7044 (phone)
        (402) 884-7045 (fax)
        stu@dltlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Lecia Wright, Assistant United States Attorney

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

Laura Baumann, United States Probation and Pretrial Services Officer

                                                 *s/Stuart J. Dornan*
                                                 STUART J. DORNAN, #18553
                                                 Attorney for Defendant