IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. NICHOLAS MURPHY, Defendant. | 8:23CR187 LIST OF EXHIBITS Courtroom Deputy: Tracy McKibben Court Reporter: Rogene Schroder |
|---|---|

Sentencing: August 8, 2024

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | | | Court Exhibit #1- SEALED (maintained in electronic file) | X | | X | | 8/8/24 |
| | 101 | | Sealed | X | | X | | 8/8/24 |
| | 102 | | Sealed | X | | X | | 8/8/24 |
| | 103 | | Sealed | X | | X | | 8/8/24 |
| | 104 | | Sealed | X | | X | | 8/8/24 |
| | 105 | | Sealed | X | | X | | 8/8/24 |
| | 106 | | Sealed | X | | X | | 8/8/24 |
| | 107 | | Sealed | X | | X | | 8/8/24 |
| | 108 | | Sealed | X | | X | | 8/8/24 |
| | 109 | | Sealed | X | | X | | 8/8/24 |
| | 110 | | Sealed | X | | X | | 8/8/24 |
| | 111 | | Sealed | X | | X | | 8/8/24 |
| | 112 | | Sealed | X | | X | | 8/8/24 |

|  | 113 |  | Sealed | X |  | X |  | 8/8/24 |
|---|---|---|---|---|---|---|---|---|
|  | 114 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 115 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 116 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 117 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 118 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 119 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 120 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 121 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 122 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 123 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 124 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 125 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 126 |  | Sealed | X |  | X |  | 8/8/24 |
|  | 127 |  | Sealed | X |  | X |  | 8/8/24 |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**